**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alexxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
FRANCISCO VALENZUELA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:26-cr-00055-KES-EPG |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE THE STATUS** |
| | ) **CONFERENCE HEARING** |
| vs. | ) |
| FRANCISCO VALENZUELA, | ) |
| | ) |
| Defendant | ) |
| | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERIKA P. GROSJEAN:

   **COMES NOW** Defendant, FRANCISCO VALENZUELA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the Status Conference Hearing currently set for June 10, 2026, at 1:00 p.m. (See ECF Doc. 14) be continued for Wednesday, August 26, 2026, at 1:00 p.m.

   Defendant has signed the plea agreement; therefore, defense counsel respectfully requests a continuance of the Status Conference Hearing to August 26, 2026. AUSA Chan Hee Chu has no objection to continuing the status conference.

   The parties therefore stipulate that the period of time from June 10, 2026, through August 26, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 10, 2026

*/s/ Alexia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
FRANCISCO VALENZUELA

DATED: June 10, 2026

*/s/Chan Hee Chu*
CHAN HEE CHU
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the Status Conference Hearing currently set for June 10, 2026, at 1:00 p.m. be continued to Wednesday, August 26, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean and that the period from June 10, 2026, through August 26, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) this day of June 10, 2026.

IT IS SO ORDERED.

Dated:    **June 10, 2026**                    /s/ _Erica P. Grosj_
                                        UNITED STATES MAGISTRATE JUDGE