**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
FRANCISCO VALENZUELA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>FRANCISCO VALENZUELA,<br><br>Defendant | Case No.: 1:26-CR-00055-KES-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN:

**COMES NOW** Defendant, FRANCISCO VALENZUELA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the Status Conference hearing currently set for September 23, 2026 at 1:00 p.m. (See ECF Doc. 19) be continued for Wednesday, December 9, 2026, at 1:00 p.m.

Counsel has not yet had a sufficient opportunity to review the proposed plea agreement with Mr. Valenzuela. Additional time is necessary to allow counsel to adequately confer with Mr. Valenzuela regarding the plea agreement to ensure Mr. Valenzuela has sufficient opportunity to understand and consider the proposed resolution before the court. I respectfully request a continuance of the Status Conference hearing to December 9, 2026. AUSA Chan Hee Chu has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from September 23, 2026, through December 9, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 17, 2026

***/s/ Alekxia Torres Stallings***
ALEKXIA TORRES STALLINGS
Attorney for Defendant
FRANCISCO VALENZUELA

DATED: September 17, 2026

***/s/Chan Hee Chu***
CHAN HEE CHU
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the Status Conference hearing currently set for September 23, 2026, at 1:00 p.m. be continued to Wednesday, December 9, 2026, at 1:00 p.m. before the Honorable Erica P. Grosjean and that the period from September 23, 2026, through December 9, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) this day of September 17, 2026.

IT IS SO ORDERED.

Dated: **September 18, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE